```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JAN E. DUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3186 |
| | ) | |
| v. | ) | |
| | ) | |
| WYETH d/b/a WYETH, INC., | ) | ORDER |
| WYETH PHARMACEUTICALS, INC., | ) | |
| PFIZER, INC., PHARMACIA & | ) | |
| UPJOHN COMPANY, LLC, | ) | |
| PHARMACIA & UPJOHN, LLC, | ) | |
| PHARMACIA CORPORATION, | ) | |
| GREENSTONE, LTD., BARR | ) | |
| LABORATORIES, INC., BARR | ) | |
| PHARMACEUTICALS, INC., and | ) | |
| DURAMED PHARMACEUTICALS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendants Pfizer, Inc., Pharmacia & Upjohn Company, Pharmacia Corporation, and Pharmacia & Upjohn LLC for time to plead, filing 15, is granted, and the answer deadline is extended through the day that transfer to the Eastern District of Arkansas is accomplished.

DATED this 23rd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge