A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Oct 15, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 29, 2008

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-149)

4:03 CV 1507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 7,401 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 15, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 1507

### SCHEDULE CTO-149 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 08-1543 | Richard Vanneste, etc. v. Wyeth, Inc., et al. |
| FLM | 8 | 08-1775 | Denise Midili v. Wyeth, Inc., et al. |
| **MAINE** | | | |
| ME | 2 | 08-291 | Pat Hennin, etc. v. Wyeth, Inc., et al. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 08-1334 | Deanna Aron v. Solvay Pharmaceuticals, Inc., et al. |
| MOE | 4 | 08-1335 | Inger-Lise Bonomi v. Wyeth, Inc., et al. |
| MOE | 4 | 08-1337 | Cathy Carter v. Solvay Pharmaceuticals, Inc., et al. |
| MOE | 4 | 08-1339 | Patsy Shockey v. Wyeth, Inc. |
| MOE | 4 | 08-1341 | Betty Thompson v. Wyeth, Inc. |
| MOE | 4 | 08-1342 | Marian Cioletti v. Wyeth, Inc. |
| MOE | 4 | 08-1344 | Donna Dalton v. Wyeth, Inc., et al. |
| MOE | 4 | 08-1345 | Charles Wilmesher, Jr., etc. v. Wyeth, Inc. |
| MOE | 4 | 08-1346 | Linda Dennis v. Bristol-Myers Squibb Co., et al. |
| MOE | 4 | 08-1347 | Patricia McCaskill v. Wyeth, Inc., et al. |
| MOE | 4 | 08-1350 | Sharleen Pada v. Solvay Pharmaceuticals, Inc., et al. |
| MOE | 4 | 08-1351 | Patricia Jaegers v. Wyeth, Inc., et al. |
| MOE | 4 | 08-1352 | Julia Day v. Wyeth, Inc., et al. |
| **NEBRASKA** | | | |
| NE | 4 | 08-3186 | Jan E. Dutton v. Wyeth, et al. |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 08-785 | Carole F. West v. Wyeth, et al. |